ACCEPTED
12-14-00344-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
3/16/2015 12:08:25 PM
CATHY LUSK
CLERK

Court of Appeals Number 12-14-00344-CV
Trial Court Number 12-0384-A

VICTOR LISSIAK, JR.,
    Appellant,

v.

S.W. LOAN OO, L.P.,
    Appellee.

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

3/16/2015 12:08:25 PM
CATHY S. LUSK
Clerk

TWELFTH DISTRICT OF TEXAS

APPELLANT'S SECOND MOTION FOR EXTENSION OF TIME
TO FILE APPELLATE BRIEF

Under Rule 38.6(d) of the Texas Rules of Appellate Procedure, Appellant Victor Lissiak, Jr., files this Second Motion for Extension of Time To File Appellate Brief, and respectfully shows the court the following:

1. The deadline for filing Appellant's brief is March 25, 2015. The initial deadline was February 25, 2015, and an extension was granted based on the requirements of the Appellant's attorney to devote time to other existing and pending matters.

2. Appellant seeks an order extending the time for filing Appellant's brief for thirty days, extending the date to April 24, 2015.

3. Appellant requests the extension because the Clerk's Record is incomplete - there are missing pages, "gaps," in pleadings/documents contained in the Clerk's Record. By way of explanation, when the Clerk's Record was first received, the record was reviewed to determine if any requested pleading/documents had been omitted, and it was determined that all the requested pleadings/documents had been included; however, the record was not reviewed on a page by page basis to determine if each pleading/document was complete because of time constraints of Appellant's attorney in work on other existing and pending matters, as explained in the Appellant's

Appellant's Second Motion for Extension of Time to File Appellate Brief, Page 1

First Request for Extension. After the preparation of the brief in this case was commenced, it was discovered that the Clerk's Record contains "gaps," missing pages, in the pleadings/documents contained in the record that are material to Appellant's arguments on appeal. It was also determined that one such pleading was contained in the record twice, but had different pages missing in each of those two records. Appellant is now reviewing the Clerk's Record page by page to determine if there are "gaps" in other pleadings/documents.

4. On March 13, 2015, when the "gaps" were first discovered, the undersigned immediately attempted to contact Ms. Linda Rhymes, Records Clerk in the Smith County District Clerk's office, to discuss the matter. Ms. Rhymes returned that phone call on March 16, 2015. Ms. Rhymes explained that once she was notified what pleadings/documents contained "gaps"she would then require sufficient time to review what is contained in the papers in the record of the case, and compare that, page by page, to what is in the record; and then prepare a supplemental record.

5. Appellant requires sufficient time to review the record page by page to compare what the parties filed and what is contained in the Clerk's Record and then notify Ms. Rhymes. Ms. Rhymes stated that once she was notified about the "gaps"she would then likewise require sufficient time to review what is contained in the papers of the case, compare that, page by page, to what is in the record and why the pages are missing, and then prepare a supplemental record. Appellant estimates that a thirty day extension will be sufficient.

6. The extension of time requested will not prejudice or inconvenience Appellee in any manner, nor will the time for submission of this case be extended by granting an extension of time in which to file Appellant's brief. Appellee does not oppose this request for extension.

7. For these reasons, Appellant respectfully requests the Court to grant the Appellant a thirty

day extension, to April 24, 2015, to file his brief.

Respectfully submitted,

THE HOLMES LAW FIRM, INC.

By:      /s/ R. H. Holmes
         Robert H. Holmes
         SBN 09908400

3401 Beverly Drive
Dallas, Texas 75205
Telephone: 214-384-3182
Facsimile: 214-522-6673
email: rhholmes@swbell.net

ATTORNEYS FOR APPELLANT

CERTIFICATE OF CONFERENCE

As required by Tex. R. App. P. 10.1(a)(5), I certify that I have conferred with Counsel for Appellee, S.W. Loan OO, L.P., on March 16, 2015, by email and Counsel for Appellee responded by eamil stating that Appellee IS NOT opposed to Appellant's Second Motion for Extension of Time To File Appellant's Brief.

      /s/  Robert H. Holmes
Robert H. Holmes

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been delivered to the attorney of record for S.W. Loan OO, L.P., on March 16, 2015 via efile Texas.

      /s/ rhholmes
Robert H. Holmes